IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ASTOR BENITEZ,

      Petitioner,

v.                                                                    Case No.  5D17-867

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 5, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Astor Benitez, Jasper, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 12, 2017, order denying Petitioner's *pro se* motion for post-conviction relief filed in Case No. 2010-CF-541-L, in the Circuit Court in and for Orange County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

PALMER, LAMBERT, and EDWARDS, JJ., concur.